**No. 44842.**—Protests 32514–K, etc., of G. Viviano, Inc., et al. (New York).

Opinion by Keefe, J. There was nothing in the papers to warrant sustaining the claims made. The protests were therefore overruled.

Before the First Division, December 3, 1940

**No. 44843.**—Protests 496675–G, etc., of A. D. Cohen Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44844.**—Protests 542602–G, etc., of A. D. Cohen Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44845.**—Protests 560562–G, etc., of M. Stern et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United·States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

Before the Third Division, December 3, 1940

**No. 44846.**—Protest 31716–K of Greenburg & Josefsberg (New York).

Opinion by Cline, J. On the record presented the protest was overruled.

**No. 44847.**—Protest 908840–G of Chas. Scribners Sons (New York).

Opinion by Cline, J. The protest was submitted without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.